# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CRIMINAL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CR 92-738-TJH** | Date | MAY 8, 2008 |

Present: The Honorable    TERRY J. HATTER, JR., U.S. DISTRICT JUDGE PRESIDING

Interpreter    N/A

| YOLANDA SKIPPER | NOT REPORTED | CAMERON L. SCHROEDER |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| **U.S.A. v. Defendant(s):** | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1. **KENNETH LAMONT PAULK** | NOT | ✗ | | 1. CARLTON F. GUNN, DFPD | NOT | ✗ | |

Proceedings:   **IN CHAMBERS - NOTICE TO PARTIES AND ORDER regarding motion for sentence reduction pursuant to 18 U. S. C. § 3582(c)(2)**   *(#93)*

The court having carefully considered the papers and the evidence submitted by the parties, the court hereby DENIES the Defendant's Motion for reduction of sentence pursuant to 18 U. S. C. §3582, filed on April 7, 2008.

**IT IS SO ORDERED.**

cc:   USPO
     PSA